■ RICHARD DJEDDAH et al., Appellants, v DANIEL T. WILLIAMS, Defendant. SHANDELL, BLITZ, BLITZ, Nonparty Respondent. [699 NYS2d 867] —Order, Supreme Court, New York County (Karla Moskowitz, J.), entered October 7, 1998, which granted plaintiffs' attorneys' motion to withdraw, unanimously affirmed, without costs.

The motion to withdraw was properly granted upon a showing of irreconcilable differences between attorney and client. Concur—Sullivan, J. P., Rosenberger, Nardelli, Williams and Friedman, JJ.